1    McGREGOR W. SCOTT
     United States Attorney
2    KEVIN C. KHASIGIAN
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA  95814
4    Telephone:  (916) 554-2700

5    Attorneys for the United States

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              2:19-MC-00099-MCE-EFB

12            Plaintiff,

13       v.                                 STIPULATION AND ORDER EXTENDING TIME
                                            FOR FILING A COMPLAINT FOR FORFEITURE
14   APPROXIMATELY $9,000.00 IN U.S.        AND/OR TO OBTAIN AN INDICTMENT
     CURRENCY, and                          ALLEGING FORFEITURE
15
     APPROXIMATELY $8,980.00 IN U.S.
16   CURRENCY,

17            Defendant.

18

19       It is hereby stipulated by and between the United States of America and potential claimant Dustin

20   Forkell ("claimant"), by and through their respective counsel, as follows:

21       1.       On or about April 4, 2019, claimant filed claims in the administrative forfeiture proceeding

22   with the U.S. Postal Inspection Service with respect to the Approximately $9,000.00 in U.S. Currency and

23   Approximately $8,980.00 in U.S. Currency (hereafter "defendant currency"), which were seized on

24   February 7, 2019.

25       2.       The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required

26   by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

27   claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has

28   filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

                                             1

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was July 3, 2019.

4.      By Stipulation and Order filed July 3, 2019, the parties stipulated to extend to October 1, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed September 26, 2019, the parties stipulated to extend to December 30, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed January 6, 2020, the parties stipulated to extend to February 28, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      By Stipulation and Order filed March 5, 2020, the parties stipulated to extend to April 28, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.      By Stipulation and Order filed April 29, 2020, the parties stipulated to extend to July 27, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.      By Stipulation and Order filed July 28, 2020, the parties stipulated to extend to September 25, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

2

Stipulation and Order to Extend Time

1  forfeiture.

2      10.     By Stipulation and Order filed September 30, 2020, the parties stipulated to extend to

3  December 21, 2020, the time in which the United States is required to file a civil complaint for forfeiture

4  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject

5  to forfeiture.

6      11.     By Stipulation and Order filed December 16, 2020, the parties stipulated to extend to

7  February 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture

8  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject

9  to forfeiture.

10     12.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to

11  April 20, 2021, the time in which the United States is required to file a civil complaint for forfeiture against

12  the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

13  forfeiture.

14     13.     Accordingly, the parties agree that the deadline by which the United States shall be required

15  to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that

16  the defendant currency is subject to forfeiture shall be extended to April 20, 2021.

17  Dated: 2/12/2021                                      McGREGOR W. SCOTT
                                                          United States Attorney
18
                                              By:    /s/ Kevin C. Khasigian
19                                                   KEVIN C. KHASIGIAN
                                                     Assistant United States Attorney
20
    Dated: 2/11/2021                                 /s/ Mark J. Reichel
21                                                   MARK J. REICHEL
                                                     Attorney for potential claimant
22                                                   Dustin Forkell
                                                     (Signature authorized by email)
23

24          IT IS SO ORDERED.

25  Dated:  February 23, 2021

26

27                                                   MORRISON C. ENGLAND, JR.
                                                     SENIOR UNITED STATES DISTRICT JUDGE
28

                                                3

                                                          Stipulation and Order to Extend Time