1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:19-MC-00099-MCE-EFB

12          Plaintiff,

13     v.                                 STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
14 APPROXIMATELY $9,000.00 IN U.S.        AND/OR TO OBTAIN AN INDICTMENT
   CURRENCY, and                          ALLEGING FORFEITURE
15
   APPROXIMATELY $8,980.00 IN U.S.
16 CURRENCY,

17          Defendant.

18

19       It is hereby stipulated by and between the United States of America and potential claimant Dustin

20 Forkell ("claimant"), by and through their respective counsel, as follows:

21       1.      On or about April 4, 2019, claimant filed claims in the administrative forfeiture proceeding

22 with the U.S. Postal Inspection Service with respect to the Approximately $9,000.00 in U.S. Currency and

23 Approximately $8,980.00 in U.S. Currency (hereafter "defendant currency"), which were seized on

24 February 7, 2019.

25       2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required

26 by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

27 claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has

28 filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

                                          1
                                          Stipulation and Order to Extend Time

1

2

3

4

5

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was July 3, 2019.

6

7

8

9

4.      By Stipulation and Order filed July 3, 2019, the parties stipulated to extend to October 1, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10

11

12

13

5.      By Stipulation and Order filed September 26, 2019, the parties stipulated to extend to December 30, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14

15

16

17

6.      By Stipulation and Order filed January 6, 2020, the parties stipulated to extend to February 28, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18

19

20

21

7.      By Stipulation and Order filed March 5, 2020, the parties stipulated to extend to April 28, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

22

23

24

25

8.      By Stipulation and Order filed April 29, 2020, the parties stipulated to extend to July 27, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

26

27

28

9.      By Stipulation and Order filed July 28, 2020, the parties stipulated to extend to September 25, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

Stipulation and Order to Extend Time

1    forfeiture.

2        10.    By Stipulation and Order filed September 30, 2020, the parties stipulated to extend to

3    December 21, 2020, the time in which the United States is required to file a civil complaint for forfeiture

4    against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject

5    to forfeiture.

6        11.    By Stipulation and Order filed January 22, 2021, the parties stipulated to extend to February

7    19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

8    defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

9    forfeiture.

10       12.    By Stipulation and Order filed February 24, 2021, the parties stipulated to extend to April

11   20, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

12   defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

13   forfeiture.

14       13.    By Stipulation and Order filed April 16, 2021, the parties stipulated to extend to June 18,

15   2021, the time in which the United States is required to file a civil complaint for forfeiture against the

16   defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

17   forfeiture.

18       14.    By Stipulation and Order filed June 14, 2021, the parties stipulated to extend to August 17,

19   2021, the time in which the United States is required to file a civil complaint for forfeiture against the

20   defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

21   forfeiture.

22       15.    By Stipulation and Order filed August 18, 2021, the parties stipulated to extend to

23   November 15, 2021, the time in which the United States is required to file a civil complaint for forfeiture

24   against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject

25   to forfeiture.

26       16.    By Stipulation and Order filed November 19, 2021, the parties stipulated to extend to

27   February 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture

28   against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject

Stipulation and Order to Extend Time

to forfeiture.

17.     By Stipulation and Order filed February 16, 2022, the parties stipulated to extend to April 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18.     By Stipulation and Order filed April 20, 2022, the parties stipulated to extend to June 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

19.     By Stipulation and Order filed June 30, 2022, the parties stipulated to extend to July 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

20.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 12, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

4

21.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 12, 2022.

Dated: 07/13/22

PHILLIP A. TALBERT
United States Attorney

By:     /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated: 07/13/22

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for potential claimant
Dustin Forkell

(Signature authorized by email)

IT IS SO ORDERED.

Dated:  July 20, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time